No. 90–1601.  HALL ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–1610.  HWANG JUNG JOO *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 90–1621.  KNIGHT ET AL. *v.* BOARD OF ADMINISTRATION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 90–1640.  CHURCH *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 90–1652.  DALE *v.* AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, INTERNATIONAL, AFL–CIO. Sup. Ct. Ohio.  Certiorari denied.

No. 90–1653.  NOR-WEST CABLE COMMUNICATIONS PARTNERSHIP *v.* CITY OF ST. PAUL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–1655.  GORDON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–1659.  BAUSCH & LOMB INC. *v.* HEWLETT-PACKARD Co.  C. A. Fed. Cir.  Certiorari denied.

No. 90–1662.  BAIRSTOW ET AL. *v.* BAIRSTOW ET AL.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 90–1663.  SACHS *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 90–1669.  DIXON *v.* HUBERT ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 90–1673.  COLUMBIA OLDSMOBILE, INC. *v.* CITY OF MONTGOMERY, OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 90–1675.  REICHELT ET AL. *v.* EMHART CORP. ET AL. C. A. 2d Cir.  Certiorari denied.